IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-374-BR
No. 5:12-CV-105-BR

| | | |
|---|---|---|
| TRAVIS ANDREWS RICKS, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter is before the court on defendant's unopposed motion to extend time to respond. For good cause shown, the motion is ALLOWED. Defendant shall have until 1 May 2013 to file a response to the court's order of 6 February 2013.

This 28 March 2013.

_____
W. Earl Britt
Senior U.S. District Judge